UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 08mj785 |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Antonio Vallejo | ) | Booking No. _____ |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **3/14/08** the Court entered the following order:

- ✓ Defendant be released from custody.
- ____ Defendant placed on supervised / unsupervised probation / supervised release.
- ____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
- ✓ Defendant released on $ **10,000** bond posted.
- ____ Defendant appeared in Court. FINGERPRINT & RELEASE.
- ____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.
- ____ Defendant sentenced to TIME SERVED, supervised release for _____ years.
- ____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
  _____ dismissing appeal filed.
- ____ Bench Warrant Recalled.
- ____ Defendant forfeited collateral.
- ____ Case Dismissed.
- ____ Defendant to be released to Pretrial Services for electronic monitoring.
- ____ Other. _____

UNITED STATES MAGISTRATE JUDGE

                                                        OR
W. SAMUEL HAMRICK, JR.  Clerk
by
                                            Deputy Clerk

Received _____
        DUSM

Crim-9   (Rev 6-95)                                    ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY