UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) | CRIMINAL NO. 08mj 785 |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| Antonio Vallejo | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge, **LOUISA S. PORTER**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Alvaro Mireles-Garcia

DATED: 3/25/08

LOUISA S. PO[RTER]

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____  OR
DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _____
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062