1  Frederick M. Carroll
   California SBN 227628
2  424 "F" Street
   San Diego, CA  92101
3  Telephone: (619) 702-3251
   Facsimile:   (619) 702-5415
4
   Attorneys for Defendant
5  ANTONIO VALLEJO

6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10             (HONORABLE DANA M. SABRAW)

11

12

13 UNITED STATES OF AMERICA,    )    CASE NO. 08CR872-DMS
                                )
14              Plaintiff,      )
                                )    **JOINT STIPULATION FOR**
15     v.                       )    **CONTINUANCE OF SENTENCING**
                                )    **HEARING**
16                              )
   ANTONIO VALLEJO,             )
17                              )
                                )
18              Defendant.      )
                                )
19 ─────────────────────────────

20      IT IS HEREBY STIPULATED AND AGREED between the plaintiff, UNITED STATES

21 OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Caroline

22 Han, Assistant United States Attorney, and defendant ANTONIO VALLEJO, by and through his

23 counsel, Frederick M. Carroll, that the sentencing hearing for the above-named defendant currently

24 scheduled for July 11, 2008 at 9:00 a.m. be continued to August 22, 2008 at 9:00 a.m..  Assistant

25 United States Attorney Caroline Han has been notified of the instant request.

26 //

27 //

28 //

                                                                              08CR872-DMS

IT IS SO STIPULATED AND AGREED.

Date: 07/09/2008          S/Frederick M. Carroll
                          FREDERICK M. CARROLL
                          Attorney for
                          ANTONIO VALLEJO

Date: 07/09/2008          S/Caroline Han
                          CAROLINE HAN
                          Assistant U.S. Attorney