**CERTIFICATE OF SERVICE**

**U.S. v. Antonio Vallejo**
**Case No. 08CR872-DMS**

Counsel for Defendant Antonio Vallejo hereby certifies that on this date copies of Defendant's Joint Motion for Continuance of Sentencing Hearing were served electronically upon the following attorneys:

AUSA, Caroline Han

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 9, 2008, at San Diego, California.

s/ Marc X. Carlos
Marc X. Carlos