1
2
3
4
5

# UNITED STATES DISTRICT COURT

6

## SOUTHERN DISTRICT OF CALIFORNIA

7

### (HONORABLE DANA M. SABRAW)

8

9  UNITED STATES OF AMERICA,                    )
                                                )
10                        Plaintiff,            )        CASE NO. 08CR872-DMS
                                                )
11                                              )        **ORDER**
                                                )
12                                              )
                                                )
13                   v.                         )
                                                )
14  ANTONIO VALLEJO,                            )
                                                )
15                        Defendants.    )
                                                )
16  _____)

17        Good cause appearing therefore:

18        IT IS HEREBY ORDERED that Defendant ANTONIO VALLEJO's sentencing hearing

19  currently scheduled for July 11, 2008 at 9:00 a.m. be continued to August 22, 2008 at 9:00 a.m..

20        IT IS SO ORDERED.

21

22  DATED:  July 10, 2008

23                                          _____
24                                          HON. DANA M. SABRAW
                                            United States District Judge
25

26

27

28